UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAMES ELLARD,**

    Petitioner,

v.                                       Case No. 3:24-cv-430-LC-MJF

**STATE OF FLORIDA,**

    Respondent.

_____/

**ORDER**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 17, 2024. ECF No. 3. Petitioner was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The Court has made a de novo determination of those portions to which an objection was made.

    Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

*Page 2 of 2*

1.  The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this Order.

2.  This case is **DISMISSED** without prejudice for lack of jurisdiction.

3.  The Clerk of Court is directed to close the file.

**ORDERED** on this 17th day of January, 2025.

                          s/ *L.A. Collier*
                          Lacey A. Collier
                          Senior United States District Judge